1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7 EVERADO MACA,                              )        Case No. 2:14-cv-00299-APG-PAL
                                            )
8                           Plaintiff,       )        **ORDER**
                                            )
9 vs.                                        )        (Mtn for Leave to Appear - Dkt. #9)
                                            )
10 U.S. ATTORNEY GENERAL, et al.,            )
                                            )
11                          Defendants.      )
   _____)

12

13        This matter is before the court on the Motion to Permit Appearance of Government Attorney

14 (Dkt. #9).  The court has considered the Motion.

15        The United States Attorney for the District of Nevada seeks an order, pursuant to LR IA 10-3,

16 permitting attorney Jennifer A. Bowen to practice before this court on behalf of Defendant the United

17 States in this case and in all other matters in this district.  The Motion represents that Ms. Bowen is a

18 member in good standing of the Commonwealth of Virginia and the District of Columbia and is an

19 attorney employed by the United States Department of Justice, Office of Immigration Litigation in

20 Washington, D.C.

21        LR  IA 10-3 provides that any non-resident attorney who is a member in good standing of the

22 highest court of any state, commonweath, territory, or the District of Columbia, who is employed by the

23 United States as an attorney shall, upon motion, be permitted to practice in this court on behalf of the

24 government while so employed.  *See* LR IA 10-3.

25        Having reviewed and considered the matter, and good cause appearing,

26        **IT IS ORDERED** that the Motion to Permit Appearance (Dkt. #9) is GRANTED to the extent

27 that attorney Jennifer Bowen may appear in this action on behalf of Defendant the United States.  The

28 / / /

   / / /

1   Motion is DENIED with respect to her request to be permitted to appear for the United States in all

2   matters in this district during the period of employment.  Ms. Bowen must petition the presiding judges

3   in any other pending or subsequently filed cases for admission in each case in which she seeks to

4   practice in this district.

5          Dated this 3rd day of April 2014.

6

7                                                    _____
                                                     PEGGY A. LEEN
8                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28